UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MINUTE ORDER - TELEPHONE CONFERENCE**

JUDGE : McBryde
LAW CLERK: Virginia Burke
COURT REPORTER: Ana Warren

---

Case No.: 4:15-CV-632-A

Monoclat Hospitality LLC v. Landmark American Insurance Company et al

Date Held: 11/12/15          Time:   3:31 p.m. - 3:33 p.m. (2 minutes)

_____

Counsel for plaintiff:    Shannon Loyd

Counsel for defendant: Shannon O'Malley

========================================================================

Telephone conference.

Per the parties' agreement, the court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.

Hearing concluded.