IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MONCLAT HOSPITALITY, LLC | § | |
| D/B/A ECONOLODGE INN & SUITES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-632-A |
| | § | |
| LANDMARK AMERICAN INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

NOV 1 2 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Monoclat Hospitality LLC d/b/a Econolodge Inn & Suites, against defendant, Landmark American Insurance Company, in such action, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action bear the costs of court and attorneys' fees incurred by such party.

SIGNED November 12, 2015.

JOHN McBRYDE
United States District Judge